UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY D. JACKSON, CDCR #BJ-3001,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>J. LEWIS, Associate Warden; JAMES HILL, Warden; J. GARCIA, Correctional Counselor; and JEFFREY MACOMBER, CDCR Secretary,<br><br>　　　　　　　　　　　Defendants. | Case No.: 24-cv-1824-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

　　On October 4, 2024, Plaintiff Tracy D. Jackson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　On November 12, 2024, the Court issued an Order (the "November 12th Order") granting Plaintiff's motion to proceed in forma pauperis and screening the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). (ECF No. 4.) The Court dismissed Plaintiff's Complaint "for failing to state a claim upon which relief may be granted" and granted Plaintiff leave to amend the Complaint. *Id.* at 10. The Court instructed Plaintiff that if he failed to file an amended complaint within forty-five (45) days of the

entry of the November 12th Order, it would result in the dismissal of this action. *Id.* at 10–11 (citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.")).

Over ninety (90) days have elapsed since the November 12th Order was issued, and the docket reflects that Plaintiff has not made any filings.

IT IS HEREBY ORDERED that this action is dismissed. The Clerk of the Court shall close the case.

Dated: February 10, 2025

Hon. William Q. Hayes
United States District Court